# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LASHIFY, INC., <br><br>                    Plaintiff, <br><br> v. <br><br> KISS NAIL PRODUCTS, INC., <br><br>                    Defendant. | Civil Action No. 20-10023 (RMB) (AMD) <br><br> *Document electronically filed.* <br><br> **JOINT STATUS REPORT** |

**TO:**   Honorable Ann Marie Donio, U.S.M.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Pursuant to the Court's January 20, 2021 Order (ECF No. 21), Plaintiff Lashify, Inc. and Defendant KISS Nail Products, Inc. (collectively, the "Parties"), by and through their respective attorneys, hereby submit this Joint Status Report.

This matter was administratively terminated on October 28, 2020 (*id.*), after the Court entered an Order staying "this case . . . until Investigation No. 337-TA-1226 in the United States International Trade Commission ("ITC") becomes final, including any appeals." (ECF No. 17). The ITC proceeding is ongoing, with the Parties currently preparing *Markman* briefing in that forum. In other words, the ITC investigation has not concluded, and the Parties have not exhausted appellate review. Nor do the Parties currently require judicial intervention on any issue. Therefore, the Parties respectfully request that the stay be continued. The Parties agree to write to the Court promptly once the ITC investigation and any subsequent appeal have concluded.

The Parties thank the Court for its consideration of this submission. Should the Court have

1

any questions, the Parties are available at the Court's convenience.

Date:  January 26, 2021

Respectfully,

s/ Justin T. Quinn
Justin T. Quinn, Esq.
**ROBINSON MILLER LLC**
Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Telephone No.:  (973) 690-5400
JQuinn@rwmlegal.com

*Attorneys for Plaintiff*
*Lashify, Inc.*

Date:  January 26, 2021

Respectfully,

s/ Eric J. Faragi
Eric J. Faragi, Esq.
**BAKER BOTTS LLP**
30 Rockefeller Plaza
44th Floor
New York, NY 10112
Telephone No.: (212) 408-2500
eric.faragi@bakerbotts.com

*Attorneys for Defendant*
*KISS Nail Products, Inc.*